CHARLIE MAE JORDAN CHIAPETTA v. WILLIAM P. JORDAN

17 So. (2nd) 125            January Term, 1944
February 15, 1944               Division A

*Polhill & Simmons,* for appellant.

*W. H. Wolfe* and *J. E. Satterfield,* for appellee.

PER CURIAM:

The record on appeal having been examined and no error appearing, the decree appealed from is affirmed.

BUFORD, C. J., TERRELL, CHAPMAN and ADAMS, JJ., concur.